```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:10-cr-00452-GEB |
|---|---|
| Plaintiff, | ) |
| | ) MOTION TO DISMISS INDICTMENT |
| v. | ) |
| SAMUEL LIEBMAN | ) |
| Defendant. | ) |

The United States, by and through undersigned counsel, hereby moves the Court to dismiss the indictment for the following reasons:

1. On November 28, 2011, the Court signed a deferred prosecution agreement in this case.

2. On June 11, 2012, The Pretrial Services Office notified the office of the United States Attorney that the defendant had "complied with the terms of his pretrial diversion," had "tested negative for illicit substances, attended outpatient substance abuse counseling as directed, and ha[d] provided documentation of his efforts to secure verifiable employment." The Pretrial Services Office "recommends the diversion be terminated as successful, and any outstanding charges

1

against Mr. Liebman be dismissed."

    3.   Undersigned counsel has conferred with defense counsel, and the defense does not object to the dismissal of the indictment.

    4.   Accordingly, the United States moves the Court to dismiss the indictment against the defendant in this matter.

BENJAMIN B. WAGNER<br>
United States Attorney

DATED: June 14, 2012            /s/ Matthew G. Morris
                                          By: MATTHEW G. MORRIS
                                          Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  June 14, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge