1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LEXI NEGIN,#250376
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorneys for Defendant
   SAMUEL LIEBMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-452 GEB |
| Plaintiff, | MOTION TO EXONERATE BOND AND ORDER (PROPOSED) |
| v. | |
| SAMUEL LIEBMAN, | |
| Defendant. | |

On October 22, 2010, then Magistrate Judge Dale A. Drozd ordered Mr. Liebman released on an bond of $150,000 to be secured by real property. The collateral was posted on January 3, 2011 and appears on the Court's docket as DOT #2010-0098383-00 from Leonard Liebman and Katherine Liebman, Placer County #02090215.

On June 14, 2012, upon the government's motion, the Court signed an order dismissing this case due to Mr. Liebman's successful completion of a pretrial diversion program. Mr. Liebman has thus fulfilled all of his obligations to the Court while on release and his case is complete.

Because the case is now dismissed, the bond securing Mr. Liebman's appearance may be ordered exonerated.

Accordingly, Mr. Liebman hereby moves to exonerate the secured bond posted with the Clerk of the Court in this case.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Lexi Negin*

Dated: June 18, 2012

_____
Lexi Negin, Assistant Federal Defender
Attorney for Samuel Liebman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMUEL LIEBMAN,<br><br>        Defendant. | No. CR-S-10-452 GEB<br><br>ORDER (PROPOSED) |

The Court finds that Mr. Liebman was released pursuant to a $150,000 bond secured by property identified as DOT #2010-0098383-00 from Leonard Liebman and Katherine Liebman, Placer County #02090215.

The Court further finds that Mr. Liebman has fulfilled all of his obligations to the Court and all charges pending against him were dismissed on June 14, 2012.

THEREFORE, it is hereby ORDERED that the $150,000 bond secured by property identified as DOT #2010-0098383-00 from Leonard Liebman and Katherine Liebman, Placer County #02090215 is ordered exonerated and that the Clerk of the Court is directed to reconvey to the surety, Leonard Liebman and Katherine Liebman, the real property that was posted as security in this case.

Dated: June 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

3